IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LAWRENCE HALL,

    Plaintiff,

v.                                                   Civil Action No.   3:16CV960

T. MAY, et al.,

    Defendants.

**MEMORANDUM OPINION**

Lawrence Hall, a Virginia inmate proceeding pro se and in forma pauperis, filed this 42 U.S.C. § 1983 action.  In order to state a viable claim under 42 U.S.C. § 1983, a plaintiff must allege that a person acting under color of state law deprived him or her of a constitutional right or of a right conferred by a law of the United States.  See Dowe v. Total Action Against Poverty in Roanoke Valley, 145 F.3d 653, 658 (4th Cir. 1998) (citing 42 U.S.C. § 1983).  In his current Complaint, Hall does not identify the particular constitutional right that was violated by the defendants' conduct.  Plaintiff also failed to indicate whether he was a convicted felon or a detainee. Accordingly, by Memorandum Order entered on April 26, 2017, the Court directed Hall to submit a particularized complaint within fourteen (14) days of the date of entry thereof.  The Court warned Hall that the failure to submit the particularized complaint would result in the dismissal of the action.

FILED
MAY 26 2017
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

More than fourteen (14) days have elapsed since the entry of the April 26, 2017 Memorandum Order.  Hall failed to submit a particularized complaint or otherwise responded to the April 26, 2017 Memorandum Order.  Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Hall.

It is so ORDERED.

/s/ _REP_

Robert E. Payne
Senior United States District Judge

Date: May 26, 2017
Richmond, Virginia